UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 8 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Maria Lurdes Prior Pereira,                )
                                           )
            Plaintiff,                     )
                                           )
        v.                                 )      Civil Action No.  **11 0567**
                                           )
Citibank Executive "Response Unit",        )
                                           )
            Defendant.                     )
                                           )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, sues Citibank for $50 billion in damages. Her rambling accusations of "scam" and "corruption" by Citibank, J.P. Morgan and other financial institutions, however, fail to provide any notice of a claim and a basis for federal court jurisdiction. A separate order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: March ___, 2011